1

2

3

4

5

6

7

8                               **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PAUL CRAIG STAUFFER,                    ) NO. SACV 05-1281-GW (MAN)
                                             )
12                     Petitioner,           )
                                             )
13        v.                                 ) ORDER ADOPTING FINDINGS,
                                             )
14   P.L. VASQUEZ, Warden,                   ) CONCLUSIONS, AND RECOMMENDATIONS
                                             )
15                     Respondent.           ) OF UNITED STATES MAGISTRATE JUDGE
     _____)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus, all of the records herein, the Report and

20   Recommendation  of  United  States  Magistrate  Judge  ("Report"),  and

21   Petitioner's Objections and accompanying Attachment of Exhibits.   The

22   Court  has  conducted  a  *de novo*  review  of  those  matters  to  which

23   objections have been stated in writing.

24

25        In his Objections, Petitioner asserts that "word has it in Orange

26   County"  that  his  counsel  "made  a  deal"  under  which  she  allowed

27   Petitioner to be convicted in exchange for obtaining a lighter sentence

28   for another client, a gang member with whom she was having an affair.

1 (Objections at 10, 15.)   This is a new Sixth Amendment/conflict of

2 interest claim that Petitioner did not allege in his Petition and did

3 not mention in his Traverse.   Moreover, this claim is unexhausted,

4 because Petitioner did not present the claim to the state courts.   A

5 district court has discretion, but is not required, to consider evidence

6 or claims presented for the first time in Objections to a Magistrate

7 Judge's Report and Recommendation.   *See* <u>Brown v. Roe</u>, 279 F.3d 742, 744-

8 45 (9th Cir. 2002); <u>United States v. Howell</u>, 231 F.3d 615, 621-22 (9th

9 Cir. 2000).   Given the unexhausted and speculative nature of this newly-

10 asserted claim, the Court declines to consider it.

11

12     Having   completed   its   review,   the   Court   accepts   and   adopts   the

13 Magistrate Judge's Report and Recommendation and the findings of fact,

14 conclusions of law, and recommendations therein.

15

16     IT IS ORDERED that:   (1) the Petition is DENIED; and (2) Judgment

17 shall be entered dismissing this action with prejudice.

18

19     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

20 the Judgment herein on Petitioner and counsel for Respondent.

21

22     LET JUDGMENT BE ENTERED ACCORDINGLY.

23

24 DATED:   <u>February 12, 2009</u>

25

26                                   _____
                                          GEORGE H. WU
27                                   UNITED STATES DISTRICT JUDGE

28