**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CRAIG STAUFFER,         ) | NO. SACV 05-1281-GW (MAN) |
|                              ) | |
|         Petitioner,  ) | |
|                              ) | |
|   v.                          ) | JUDGMENT |
|                              ) | |
| P.L. VASQUEZ, Warden,        ) | |
|                              ) | |
|         Respondent.  ) | |
| _____) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>February 12, 2009</u>

                                                  GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE